**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

AIMEN HALIM and PATRICIA
LENCKUS, on behalf of themselves and
those similarly situated,

        Plaintiffs,

  v.

REYNOLDS CONSUMER PRODUCTS
INC. and REYNOLDS CONSUMER
PRODUCTS LLC,

        Defendants.

Case No. 1:21-cv-4194

Hon. Andrea R. Wood

## JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

Pursuant to Federal Rules of Civil Procedure 6(b) and 7, Plaintiffs Aimen Halim and Patricia

Lenckus (collectively, "Plaintiffs"), and Defendants Reynolds Consumer Products Inc. and Reynolds

Consumer Products LLC (collectively, "Reynolds") jointly move this Court to extend the deadline for

Reynolds to respond to Plaintiffs' class action complaint by thirty (30) days to and including

November 26, 2021.

In support of this Motion, the parties state as follows:

1.     Plaintiffs filed their Complaint on August 6, 2021 (ECF 1) and served a copy on

Reynolds on October 6, 2021.

2.     Reynolds's current deadline to file a responsive pleading is October 27, 2021.

3.     In order to allow Reynolds sufficient time to respond to Plaintiffs' Complaint, Reynolds

requested and Plaintiffs agreed that, pending Court approval, Reynolds may answer or otherwise

respond on or before November 26, 2021.

4.     The requested extension will not alter the date of any event or any deadline already

fixed by Court order.

WHEREFORE, the parties request a thirty (30) day extension for Reynolds to answer or otherwise respond to the Complaint to and including November 26, 2021.

Respectfully Submitted,

Dated: October 14, 2021

LUBIN AUSTERMUEHLE, PC

/s/ Peter S. Lubin (with permission)
Peter S. Lubin
Patrick Austermuehle
LUBIN AUSTERMUEHLE, PC
360 West Butterfield Rd, Suite 325
Elmhurst, IL 60126
+1 630 333-0333
peter@l-a.law
patrick@l-a.law

Seth A. Safier (*pro hac vice* pending)
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
+1 415 639 9090
seth@gutidesafier.com

Attorneys for Plaintiffs
Aimen Halim and Patricia Lenckus

Dated: October 14, 2021

JENNER & BLOCK LLP

/s/ Alexander M. Smith
Alexander M. Smith
Kate T. Spelman (to apply *pro hac vice*)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
+1 213 239 5100
asmith@jenner.com
kspelman@jenner.com

Attorneys for Defendants
Reynolds Consumer Products Inc. and
Reynolds Consumer Products LLC

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing document was filed on October 14, 2021, with the Clerk of the Court by using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

Dated: October 14, 2021                                        <u>/s/ Alexander M. Smith</u>
                                                                                Alexander M. Smith